UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA (Fresno)

FILED

2005 APR 15 A 8: 03

CLERK, US DIST COURT
EASTERN DIST OF CALIF
AT F. _S/O
BY _____

| | |
|---|---|
| TYRONE JONES, | No  05-15270 |
| | D C No  CV-01-05287-REC |
| Plaintiff - Appellant, | |
| | |
| v | |
| | **ORDER** |
| GAIL LEWIS, et al , | |
| | |
| Defendants - Appellees | |

This appeal has been taken in good faith   [X]

This appeal is not taken in good faith   [ ]

Explanation _____

_____

_____

_____

_____
Judge
United States District Court

Date  April 14, 05