IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE JONES, | 1:01-cv-05287-AWI-SMS-(PC) |
| Plaintiff, | ORDER GRANTING MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S REQUESTS FOR ADMISSIONS |
| vs. | |
| PLEASANT VALLEY STATE PRISON, et al., | (Resolves Motion#147) |
| Defendants. | |
| _____/ | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On March 8, 2010, defendants Loo, Huang, Ortiz and McVicar ("defendants") filed a request for modification of the court's order of February 18, 2010. (Doc. 144.) Defendants request modification to reflect an extension of time until March 3, 2010 to respond to plaintiff's First Set of Admissions to each of the defendants.

Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Defendants are granted an extension of time nunc pro tunc to March 3, 2010, in which to respond to: (1) First Set of Admissions to Defendant Loo; (2) First Set of Admissions to Defendant McVicar; (3) First Set of Admissions to Defendant Ortiz; and (4) First Set of Admissions to Defendant Huang. Defendants' motion for modification is hereby resolved.

IT IS SO ORDERED.

**Dated:   March 9, 2010**           /s/ Sandra M. Snyder
                                     UNITED STATES MAGISTRATE JUDGE